Liddell Brothers INC.

NEW YORK OFFICE
66 ENTER LANE
ISLANDIA, NY 11749
TELEPHONE: 631-348-4120
MAIN FAX: 631-348-4122

CORPORATE OFFICE
61 ACCORD PARK DRIVE
NORWELL, MA 02061
TELEPHONE: 781-982-2200
MAIN FAX: 781-982-2201
ESTIMATING FAX: 781-982-2209

April 19, 2005

Peter J. Comerford
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

**CERTIFIED MAIL #**
**7004 0750 0003 0575 9613**

Re: **Rhode Island Laborers' District Council v. Liddell Brothers, Inc.**
**Case Number: CA05139ML**

RECEIVED APR 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Dear Attorney Comerford:

This letter represents Liddell Brothers, Inc. answer to the above referenced complaint.

Please find enclosed copies of the following remittance reports:

| | | |
|---|---|---|
| December 2004 | | $7,615.10 Benefits |
| | | $ 393.40 Dues |
| January 2005 | | $ .00 Benefits |
| | | $ .00 Dues |
| February 2005 | | $ 250.70 Benefits |
| | | $ 12.95 Dues |
| March 2005 | | $ 542.00 Benefits |
| | | $ 28.00 Dues |
| | Total | $8,842.15 |
| | Less Payment – Check #007768 | ($8,407.80) Benefits |
| | Less Payment – Check #007769 | ($ 434.35) Dues |
| | **Balance Due** | **$ .00** |

Payments have been sent via FedEx directly to the Rhode Island Laborers' Benefit Fund Office. Our delay in reporting and payments has been due to several changes in personnel, which caused a back log in our work schedules. As of today, we are up-to-date and going forward will file our reports as required.

If you should have any questions or need further information, please do not hesitate to give me a call.

Sincerely,

LIDDELL BROTHERS, INC.

Michelle A. Hood

C: United States District Court
District of Rhode Island
Certified Mail # 7004 0750 0003 0575 9620

2

# RHODE ISLAND LABORERS' BENEFIT FUNDS

REPORTS ARE DUE BY THE 20 DAY OF THE MONTH FOLLOWIN THE MONTH REPORTED.

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

DEC 2 2 2004

## EMPLOYER'S REMITTANCE REPORT

L69 LIDDE

FIRM NAME AND ADDRESS

LIDDELL BROTHERS, INC.
61 ACCORD PARK DRIVE
NORWELL MA 02061

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 12 / 25 / 04 | 5 |

☐ CHANGE OF ADDRESS ☐ INACTIVE

☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|
| 37-42-5974 | LEONARDO | STEPHEN | 0271 | | 0 | | |
| 25-37-5261 | MCNAIR | MELVIN L | 0271 | | 0 | | |
| 33-46-2884 | NOBLE | DIANE | 0271 | | 0 | | |
| 35-40-9018 | PARKER | MILTON R | 0271 | | 0 | | |
| 35-40-8997 | SILVA | LEONARD | 0271 | | 0 | | |
| 36-62-0857 | TURKMANI | AKRAM | 0271 | | 0 | | |
| 35-48-9663 | WOLFSBERGER | KARL | 0271 | | 189 | | |
| 38-52-8131 | CARMONE | RICHARD | | | 43 | | |
| 35-40-8997 | SILVA | LEONARD | | | 199.5 | | |
| 39-40-6990 | SUTTON | SCOTT | | | 130.5 | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 4
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 562

CONTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| A. PENSION FUND | @ 4.10 | PER HOUR | $ 2304.20 |
| B. HEALTH FUND | @ 5.40 | PER HOUR | $ 3034.80 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 196.70 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 84.30 |
| E. LEGAL SERVICES FUND | @ .00 | PER HOUR | $ 0 |
| F. ANNUITY FUND | @ 2.75 | PER HOUR | $ 1545.50 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 84.30 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 84.30 |
| UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 281.00 |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 393.40 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 7615.10
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 393.40

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE Michelle A. Dood TITLE EEO DATE 2-16-05

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY RO. _, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

L69 LIDDE

FIRM NAME AND ADDRESS

LIDDELL BROTHERS, INC.
61 ACCORD PARK DRIVE
NORWELL MA 02061

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 1 / 22 / 05 | 4 |

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-42-5974 | LEONARDO | STEPHEN | 0271 | | | | | | 0 | | |
| 5-37-5261 | MCNAIR | MELVIN L | 0271 | | | | | | 0 | | |
| 3-46-2884 | NOBLE | DIANE | 0271 | | | | | | 0 | | |
| 5-40-9018 | PARKER | MILTON R | 0271 | | | | | | 0 | | |
| 5-40-8997 | SILVA | LEONARD | 0271 | | | | | | 0 | | |
| 5-62-0857 | TURKMANI | AKRAM | 0271 | | | | | | 0 | | |
| 5-48-9663 | WOLFSBERGER | KARL | 0271 | | | | | | 0 | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

AL NUMBER OF PAGES ED FOR THIS REPORT: 1

TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 0

TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 0

NTRIBUTIONS DUE:

| Fund | | Rate | | Amount |
|---|---|---|---|---|
| PENSION FUND | @ | 4.10 | PER HOUR | $ 0 |
| HEALTH FUND | @ | 5.40 | PER HOUR | $ 0 |
| TRAINING FUND | @ | .35 | PER HOUR | $ 0 |
| INDUSTRY ADVANCEMENT FUND | @ | .15 | PER HOUR | $ 0 |
| LEGAL SERVICES FUND | @ | .00 | PER HOUR | $ 0 |
| ANNUITY FUND | @ | 2.75 | PER HOUR | $ 0 |
| LABOR-MANAGEMENT COOPERATION FUND | @ | .15 | PER HOUR | $ 0 |
| HEALTH & SAFETY FUND | @ | .15 | PER HOUR | $ 0 |
| UNIFIED TRUST FUND | @ | .50 | PER HOUR | $ 0 |
| CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ | .70 | PER HOUR | $ 0 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 0
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 0

**– TWO SEPARATE CHECKS REQUIRED –**

*PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTION*

SIGNATURE Michelle A. Dodd TITLE EEO DATE 2-16-05

# RHODE ISLAND LABORERS' BENEFIT FUNDS

REPORTS ARE DUE BY THE 20 DAY OF THE MONTH FOLLOWIN THE MONTH REPORTED.

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

## EMPLOYER'S REMITTANCE REPORT

L69 LIDDE

FIRM NAME AND ADDRESS

LIDDELL BROTHERS, INC.
61 ACCORD PARK DRIVE
NORWELL MA 02061

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 2 / 26 / 05 | 5 |

☐ CHANGE OF ADDRESS ☐ INACTIVE

☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | SILVA | LEONARD | | | | | | | 18.5 | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 1
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 18.5

CONTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| . PENSION FUND | @ 4.10 | PER HOUR | $ 75.85 |
| . HEALTH FUND | @ 5.40 | PER HOUR | $ 99.90 |
| . TRAINING FUND | @ .35 | PER HOUR | $ 6.48 |
| . INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 2.78 |
| . LEGAL SERVICES FUND | @ .00 | PER HOUR | $ — |
| ANNUITY FUND | @ 2.75 | PER HOUR | $ 50.88 |
| . LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 2.78 |
| . HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 2.78 |
| UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 9.25 |
| . CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 12.95 |

RECEIVED FEB 28 2005 FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 250.70
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 12.95

– TWO SEPARATE CHECKS REQUIRED –

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTION*

SIGNATURE Michelle A. Dood TITLE EEO DATE 3-31-05

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY TH
DAY OF THE MONTH FOLLC
THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

L69 LIDDE

FIRM NAME AND ADDRESS

LIDDELL BROTHERS, INC.
61 ACCORD PARK DRIVE
NORWELL MA 02061

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 3/24/05 | 4 |

☐ CHANGE OF ADDRESS ☐ INACTIVE

☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| | EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATIO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 035 40 8997 | SILVA | LEONARD | | | | | | | 40 | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |

KNOWINGLY FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES, INCLUDING FINES AND IMPRISONMENT, UNDER 18 UNITED STATES CODE SEC. 1027.

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 1
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 4

**CONTRIBUTIONS DUE:**

| Fund | Rate | | Amount |
|---|---|---|---|
| A. PENSION FUND | @ 4.10 | PER HOUR | $ 164.00 |
| B. HEALTH FUND | @ 5.40 | PER HOUR | $ 216.00 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 14.00 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 6.00 |
| E. LEGAL SERVICES FUND | @ .00 | PER HOUR | $ .00 |
| F. ANNUITY FUND | @ 2.75 | PER HOUR | $ 110.00 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 6.00 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 6.00 |
| I. UNIFIED TRUST FUND | @ .50 | PER HOUR | $ 20.00 |
| J. | | | |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 28.00 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J) $ 542.0
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 28.0

**– TWO SEPARATE CHECKS REQUIRED –**

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBU*

SIGNATURE Michelle A. Wood TITLE EEO DATE 4-19-05

007768

| YOUR INVOICE NO | INV DATE | AMOUNT | DIS/RTNG | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| DEC 04 (B) | 12/25/04 | 7615.10 | .00 | DEC BENEFITS | 7615.10 |
| FEB 05 (B) | 02/26/05 | 250.70 | .00 | FEB BENEFITS | 250.70 |
| MAR 05 (B) | 03/26/05 | 542.00 | .00 | MAR BENEFITS | 542.00 |
| TOTALS | | 8407.80 | .00 | | 8,407.80 |

LIDDELL BROTHERS INC.
141 ACCORD PARK DRIVE
NORWELL MA 02061

CITIZENS BANK

CHECK NO. 007768

EIGHT THOUSAND FOUR HUNDRED SEVEN AND 80/100 DOLLARS

DATE 04/19/05 AMOUNT 8,407.80

PAY TO THE ORDER OF
70950
RHODE ISLAND LABORERS FUND
200 MIDWAY ROAD SUITE 169
CRANSTON RI 02920

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈007768⑈ ⑆211070175⑆ 1104101111⑈

007768

VENDOR#-70950 NAME-RHODE ISLAND LABORERS FUND DATE-04/19/05 07768

| YOUR INVOICE NO | INV DATE | AMOUNT | DIS/RTNG | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| DEC 04 (B) | 12/25/04 | 7615.10 | .00 | DEC BENEFITS | 7615.10 |
| FEB 05 (B) | 02/26/05 | 250.70 | .00 | FEB BENEFITS | 250.70 |
| MAR 05 (B) | 03/26/05 | 542.00 | .00 | MAR BENEFITS | 542.00 |
| TOTALS | | 8407.80 | .00 | | 8,407.80 |

C/F DATASYSTEMS FORMS 617-389-0080

FORM C/F — MPV 5501

LIDDELL BROTHERS INC

00776

VENDOR#-70950 NAME-RHODE ISLAND LABORERS FUND DATE-04/19/05 07769

| YOUR INVOICE NO | INV DATE | AMOUNT | DIS/RTNG | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| DEC 04 (D) | 12/25/04 | 393.40 | .00 | DEC DUES | 393.40 |
| FEB 05 (D) | 02/26/05 | 12.95 | .00 | FEB DUES | 12.95 |
| MAR 05 (D) | 03/26/05 | 28.00 | .00 | MAR DUES | 28.00 |
| TOTALS | | 434.35 | .00 | | 434.35 |

LIDDELL BROTHERS INC
61 ACCORD PARK DRIVE
NORWELL MA 02061

CITIZENS BANK

5-7011
2110

CHECK NO. 007769

FOUR HUNDRED THIRTY FOUR AND 35/100 DOLLARS

| DATE | AMOUNT |
|---|---|
| 04/19/05 | $*****434.35 |

PAY TO THE ORDER OF
70950
RHODE ISLAND LABORERS FUND
200 MIDWAY ROAD SUITE 169
CRANSTON RI 02920

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈007769⑈ ⑆211070175⑆ 1104101111⑈

007769

VENDOR#-70950 NAME-RHODE ISLAND LABORERS FUND DATE-04/19/05 07769

| YOUR INVOICE NO | INV DATE | AMOUNT | DIS/RTNG | REFERENCE | NET AMOUNT |
|---|---|---|---|---|---|
| DEC 04 (D) | 12/25/04 | 393.40 | .00 | DEC DUES | 393.40 |
| FEB 05 (D) | 02/26/05 | 12.95 | .00 | FEB DUES | 12.95 |
| MAR 05 (D) | 03/26/05 | 28.00 | .00 | MAR DUES | 28.00 |
| TOTALS | | 434.35 | .00 | | 434.35 |